# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GOTHAM INSURANCE COMPANY,

    Plaintiff,

v.                                       Case No: 8:19-cv-2019-T-30CPT

GCJ CONSTRUCTION GROUP, INC.
and GALLO BUILDING SERVICES,
INC.,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal with Prejudice (Dkt. 7).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of January, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record